IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                            CRIMINAL NO. 2:06cr88-GHD-EMB

ADRIAN LEMANS BROWN

## ORDER

**THE COURT,** having duly considered the application of Douglas C. Greene for admission *pro hac vice*, finds the application is well taken and should be granted.

**THEREFORE, IT IS ORDERED** that Douglas C. Greene is hereby admitted *pro hac vice* as counsel for Defendant Adrian Lemans Brown.

**IT IS FURTHER ORDERED** that Douglas C. Greene having been admitted to practice before this Court, shall promptly register with the Clerk as a user of the Court's Electronic Case Filing system.[1] Said registration will allow counsel to file materials and receive notice of all case filings electronically. Counsel is advised that the temporary login and user ID issued by the Clerk shall be used in this case only.

**SO ORDERED** this 7th day of July, 2006.

                                                                                      /s/ Eugene M. Bogen
                                                                                      U. S. MAGISTRATE JUDGE

---

[1] Attorneys shall register electronically by accessing the Attorney Registration site at www.msnd.uscourts.gov/ecf or, alternatively, by printing, executing and mailing or hand-delivering to the Clerk of this Court the Attorney Registration Form attached as Form 1 to the *Administrative Procedures for Electronic Case Filing* in the United States District Court for the Northern District of Mississippi.